**Presentment Date:  September 9, 2024 at noon**
                                              **Objection Deadline:  September 9, 2024 at noon**

RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel:  212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Proposed Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : |
| | :    Chapter 11 |
| VIEWSTAR LLC, | : |
| | :    Case No.:  24-22716 (SHL) |
|                 Debtor. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PRESENTMENT OF DEBTOR'S APPLICATION
PURSUANT TO BANKRUPTCY RULE 1007 FOR ENTRY OF AN
ORDER EXTENDING THE TIME FOR THE DEBTOR TO FILE ITS LIST
OF 20 LARGEST UNSECURED CREDITORS, SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

      **PLEASE TAKE NOTICE** that upon the annexed application (the "Application") [ECF No. 12] of Viewstar LLC (the "Debtor") for entry of an order extending its time to file its List of 20 Largest Unsecured Creditors, schedules of assets and liabilities, and a statement of financial affairs, the undersigned will present the proposed order annexed to the Application to the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, for signature on September 9, 2024 at 12:00 noon (the "Presentment Date").

      **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be in writing and filed with the Bankruptcy Court in accordance with the Local

Rules, and served upon undersigned counsel for the Debtor and upon the United States Trustee, so as to be received no later than the Presentment Date. If no objections are timely filed and served, the Application may be signed by the Bankruptcy Court without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if objections are timely filed a hearing may be scheduled before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York. If a hearing is scheduled the moving party will be obligated to notify all other parties entitled to receive notice of the hearing date and time. The moving and objecting parties are required to attend the hearing, and failure to attend may result may result in relief being granted or denied upon default.

Dated: New York, New York
      August 26, 2024

                                  RUBIN LLC

                                  By:   */s/ Paul A. Rubin*
                                        Paul A. Rubin
                                        Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel: 212.390.8054
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Proposed Counsel for the Debtor*

2