UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| VIEWSTAR LLC, | Case No.: 24-22716 (SHL) |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUPPLEMENTAL ORDER REGARDING OBLIGATIONS OF YOEL ABRAHAM AND HERSHEL BLUMENBERG TO COMPLY WITH THE COURT'S SEPTEMBER 25, 2024 ORDER**

Upon the Court's order (the "Rule 2004 Order") [ECF No. 21] granting the *ex parte* motion (the "Motion") of Viewstar LLC (the "Debtor") for entry of an order, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing Bankruptcy Rule 2004 discovery from the Debtor's prior management, Yoel Abraham ("Abraham") and Hershel Blumenberg ("Blumenberg," and together with Abraham, collectively, the "Prior Management"), as more fully set forth in the Motion; and the Prior Management having filed a letter dated October 11, 2024 (the "Letter Request") [ECF No. 31] requesting an extension of time to comply with the Rule 2004 Order; and the Debtor having filed a letter responding to the Letter Request [ECF No. 32]; and a hearing having been held on October 30, 2024 (the "Hearing") to consider the Letter Request; and upon the record of the Hearing,

**IT IS HEREBY ORDERED THAT**:

1. The time by which the Prior Management must comply with the Rule 2004 Order is hereby extended to and including November 13, 2024 (the "Extended Compliance Date").

2. Documents and information required to be produced pursuant to the Rule 2004 Order may be produced by email or by Federal Express.

3. If Prior Management, or each of Yoel Abraham or Hershel Blumenberg, fail to comply with the Rule 2004 Order, as modified by this Order, on or before the Extended Compliance Date, the Debtor is authorized to file a motion to hold Yoel Abraham and/or Hershel Blumenberg in civil contempt of Court.

4. This Court retains jurisdiction to resolve all matters arising under or related to this Order and the Rule 2004 Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement, and enforce the provisions of this Order or the Rule 2004 Order.

Dated: White Plains, New York
November 7, 2024

*/s/ Sean H. Lane*
Honorable Sean H. Lane
United States Bankruptcy Judge