UNITED STATES BANKRUPTCY COURT OF

SOUTHERN DISTRICT OF NEW YORK

Case no. 7:24-22716

**In RE:**

**Viewstar LLc**

Debtor

# MOTION FOR SUBSTITUTE CREDITOR AND ADJOURNMENT OF ALL PENDING MOTIONS

To the Honorable Judge Sean H Lane

INTRODUCTION

We originally submitted online this letter motion on November 14, 2024 , for unknown reason the letter was not filed in the docket therefore we re-submitted now.

Usher Blumenberg and Israel Farkash respectfully request that the Court substitute creditor Yoel Abraham with themselves and direct the Clerk to update their information so that copies and notices can be received in this case. Additionally, they request a 30-day adjournment of all pending motions to allow them sufficient time to respond and protect their rights.

GROUNDS FOR ADJOURNMENT

1. Assignment of Claims: Attached as Exhibit "A" is a copy of the assignment agreement, which was received a few days ago, transferring the claims from Yoel Abraham to Usher Blumenberg and Israel Farkash.

2. Need for Time to Respond: They are currently gathering information and preparing to respond to the pending motions. A short adjournment will not prejudice any party, and they will have their day in court.

RESPECTFULLY REQUESTED

Substitute creditor Yoel Abraham with Usher Blumenberg and Israel Farkash based on the assignment agreement.

Direct the Clerk to update their information and send them copies and notices in this case.

Adjourn all pending motions for 30 days to allow them sufficient time to respond and protect their rights.

Respectfully submitted,

Dated: November 29, 2024

/s/Asher Blumenberg                    /s/Israel Farkash

Asher Blumenberg                        Israel Farkash

26 Penington way                         9 Ramsey Terr

Spring Valley NY 109771            Fairlawn NJ 07410

347-3884814                               718-6691991

CC: all parties via USPS Mail.