**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                    :
                                                          :   Chapter 11
VIEWSTAR LLC,                                             :
                                                          :   Case No.:  24-22716 (SHL)
                        Debtor.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF GREG CORBIN IN SUPPORT OF APPROVAL
## OF SALE OF DEBTOR'S REAL PROPERTY TO PURCHASER

GREG CORBIN hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 as follows:

1.      I am the President of Northgate Real Estate Group ("Northgate"), a firm with specific focus on bankruptcy, restructuring, foreclosures, loan sales, and workouts.  Northgate is a licensed real estate broker in and by the states of New York and New Jersey.

2.      Unless otherwise stated in this Declaration, the facts set forth herein are based on my personal knowledge, information, and belief.

3.      I respectfully submit this Declaration in support of approval of the sale of real property of Viewstar LLC (the "Debtor") 10 Mountainview Road, Upper Saddle River, New Jersey (the "Property") to 10 Mountainview LLC (the "Purchaser," or the "Junior Mortgagee") pursuant to that certain *Real Estate Purchase Agreement* (the "Purchase Agreement") between the Debtor and the Purchaser.

4.      The Debtor commenced its chapter 11 case on August 15, 2024 (the "Petition Date").

5.      On February 5, 2025, the Court entered an order [ECF No. 79] authorizing the Debtor to retain Northgate as the Debtor's real estate advisor in connection with the auction sale

of the Property pursuant to bid procedures (the "Bid Procedures") approved by the Court pursuant to an order [ECF No. 95] entered on April 30, 2025.

6.      Following Northgate's retention, Northgate actively marketed the Property to a vast number of investors, developers, private equity funds, bankruptcy attorneys and trustees, lenders, family offices, syndicators, high net worth individuals, and distressed asset investors both locally and nationally. We also worked with outside commercial and residential brokerage firms. With direct emails, social media, industry websites, co-brokers, print & online advertisements, and publications, we estimate that we've reached over **150,000** people.  In addition, Northgate took the following actions to market the Property:

- Created and sent HTML email campaigns to 121,000 people with 39,000 core investors

- Launched social media campaigns on LinkedIn, Instagram, and Twitter

- Posted the listing to real estate websites: CoStar / Loopnet, Crexi, Brevitas, PropertyShark / Commercial Café, Xchange Loans, Aparmentbuildings.com, RI Marketplace, and Traded

- Ran print ads in the New York Times, Bergen Record, Journal News and NY Daily News

- Ran print, web, and banner ads in Pincus Media Co's newsletter, and on their website

- Designed a 38-page offering memorandum and emailed to investors

- Sent emails to over 7,000 real estate and bankruptcy attorneys, professionals, and trustees (mostly NY/NJ)

- Featured as New York Real Estate Journal Property of the Month (advertorial)

- Emailed the outside brokerage community, both commercial and residential, from our proprietary tri-state list of 26,250 brokers and sales agents

- Posted as a Featured Property on the homepage of Northgate Real Estate Group Website

- Sent dedicated email blast to Pincus Media Co's database and The Jewish Press's database as a content partner

- Utilized our proprietary database to call & email New Jersey-centric, greater New York, and Nationwide investors, developers, private equity and debt funds, bankruptcy attorneys and trustees, lenders, family offices, syndicators, and distressed asset investors

- Featured in IceMiller: Opportunities in the Distressed Market

7.    A copy of Northgate's *Marketing Report* for the Property is annexed hereto as Exhibit A.

8.    Through the efforts of Northgate (in consultation with the Debtor and its professionals), K&K Developers, Inc. ("K&K") was identified as an interested buyer for the Property, and the Debtor entered into negotiations for K&K to be a stalking horse bidder for the Property.  On May 1, 2025, K&K signed a *Stalking Horse Real Estate Purchase Agreement* (the "Stalking Horse Contract") with the Debtor.  On May 6, 2025, the Debtor received an initial deposit from K&K pursuant to the Stalking Horse Contract.  On May 30, 2025, the parties signed an Amendment to the Stalking Horse Contract to extend the due diligence period thereunder, and K&K delivered an additional $100,000 deposit in consideration for the extension.  On June 27, 2025, the Debtor received all deposits required to be made from K&K under the Stalking Horse Contract, as amended.

9.    On June 27, 2025, the Debtor filed the *Notice of Stalking Horse Bidder* [ECF No. 100], which attached the Stalking Horse Contract as an exhibit.

10.    Following the Debtor's entry into the Stalking Horse Contract, the following parties submitted bids for the Property, substantially in the form of the Stalking Horse Contract: (i) the Junior Mortgagee, the Debtor's junior secured lender, with a purchase price of $22.0 million; (ii) CF Consulting Forty Three, LLC ("CF Consulting"), with a purchase price of $21.8 million, and (iii) the Senior Mortgagee, which submitted a credit bid in the amount of $18,632,114.95.

11.     On August 7, 2025, Northgate and Manion Auctions conducted the auction sale of the Property.  The Auction was conducted at Northgate's offices at 1633 Broadway, 46th Floor, New York, NY 10019, as well as via Zoom.   Representatives of and counsel for the Debtor, K&K, the Junior Mortgagee, CF Consulting, and the Senior Mortgagee attended the Auction. After 26 rounds of competitive bidding, the Junior Mortgagee was designated as the winning bidder with a bid of $26,000,000.00.   K&K was designated as the back-up bidder with the second highest bid of $25,800,000.00.

12.     I am advised that the Debtor has determined, in the exercise of its business judgment, that the sale of the Property to the Purchaser under the terms of the Purchase Agreement is the highest and best offer based on the following considerations:

   (a)     The Property has been extensively marketed, and the Property was subject to active bidding at an Auction;

   (b)     The terms of the Purchase Agreement with the Purchaser are substantially the same as the terms of the purchase agreements submitted by the other bidders at the Auction; and

   (c)     The Purchaser's winning bid of $26 million was the highest bid submitted at the Auction.

13.     Based on all of the foregoing, I respectfully submit that the Court should approve the proposed sale to the Purchaser as the highest and best offer for the Property.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: New York, New York
        August 8, 2025

_____
               Greg Corbin

# EXHIBIT A



# Marketing Report:
10 Mountainview Road, Upper Saddle River, NJ

**Greg Corbin**, President
**Chaya Milworn,** Executive Managing Director



NORTHGATE
REAL ESTATE GROUP



Through numerous mediums, Northgate Real Estate Group conducted a robust campaign for the Bankruptcy Sale of 10 Mountainview Road, Upper Saddle River, NJ. We marketed to a vast number of investors, developers, private equity and debt funds, high net worth individuals, bankruptcy attorneys and trustees, lenders, family offices, syndicators, and distressed asset investors both locally and nationally. We also worked with outside commercial and residential brokerage firms. With direct emails, social media, industry websites, co-brokers, print & online advertisements, and publications, we estimate that we've reached over **150,000 people.**



**Northgate Real Estate Group:**

- Created and sent HTML email campaigns to **121,000** people with **39,000** core investors

- Launched social media campaigns on LinkedIn, Instagram, and Twitter

- Posted the listing to real estate websites: CoStar / Loopnet, Crexi, Brevitas, PropertyShark / Commercial Café, Xchange Loans, Aparmentbuildings.com, RI Marketplace, and Traded

- Ran print ads in the *New York Times , Bergen Record, Journal News and NY Daily News*

- Ran print, web, and banner ads in *Pincus Media Co's* newsletter, and on their website

- Designed a 38-page offering memorandum and emailed to investors

- Sent emails to over **7,000** real estate and bankruptcy attorneys, professionals, and trustees (mostly NY/NJ)



- Featured as *New York Real Estate Journal* Property of the Month (advertorial)

- Emailed the outside brokerage community, both commercial and residential, from our proprietary tri-state list of **26,250** brokers and sales agents

- Posted as a Featured Property on the homepage of Northgate Real Estate Group Website

- Sent dedicated email blast to *Pincus Media Co's* database and *The Jewish Press's* database as a content partner

- Utilized our proprietary database to call & email New Jersey-centric, greater New York, and Nationwide investors, developers, private equity and debt funds, bankruptcy attorneys and trustees, lenders, family offices, syndicators, and distressed asset investors

- Featured in IceMiller: Opportunities in the Distressed Market



ADVERTISEMENTS & PRESS






**BANKRUPTCY SALE**
**10 MOUNTAINVIEW RD, UPPER SADDLE RIVER, NJ**
RESIDENTIAL REDEVELOPMENT OPPORTUNITY
193,332 SF VACANT Office Building | 18.85 Acres of Land
Auction Date: August 7th, 2025 | Opening Bid: $21,800,000
**NORTHGATE**
**REAL ESTATE GROUP**





Pincus Media Email Banner







**nyrej** | New York Real Estate Journal Leaderboard Ad



**The New York Times** | New York Times: Print Ad



**The Record** | Bergen Record: Print Ad

## AFFIDAVIT OF PUBLICATION

Order Number : 11400155

STATE OF WISCONSIN
Brown County

Of **The Record** and **Herald News**, are the newspapers of general circulation and published in Hackensack and Woodland Park, in the Counties of Bergen and Passaic, and of general circulation in Bergen, Passaic, Essex, Hudson, Morris and Essex Counties, who being duly sworn, deposeth and saith that the advertisement of which the annexed is a true copy, has been published in said newspaper in the issue:

06/26/2025

Legal Clerk

Notary Public, State of Wisconsin County of Brown

3·7·27

My commission expires

KAITLYN FELTY
Notary Public
State of Wisconsin

BANKRUPTCY AUCTION OF REAL PROPERTY
12 Meadowview Rd, Upper Saddle River, NJ 07458
Northgate Real Estate Group has been exclusively retained to run the bankruptcy sale of 12 Meadowview Rd, Upper Saddle River, NJ 07458. This vacant, extraordinary home features 15,000 SF on 1.08 acres of land and makes for a grand residential redevelopment opportunity, zoning modifications in progress. Located just off route 17 in Upper Saddle River, the offset complex is a mere 30 miles from Manhattan. The property offers 300+ feet of frontage on Meadowview Road with 2 independent access roads and 300 parking spaces. Numerous surrounding country clubs, hotels, golf courses, dining and shopping options available. Montville, Mahwah, Montvale, Uncle Giuseppe's, LifeTime Fitness, Panera, and Oktoberfest.

Deadline Bid: 8/1/25
Auction Date: Thursday, August 7th, 2025 at 2:00 PM (ET)
Interested bidders must contact Greg Corbin of Northgate Real Estate Group at Greg@NorthgateREG.com for more information on how to participate in the auction.

The Record Order No: 10905
Fee:$28.24    1140155



## Public Notices | Public Notices

### BANKRUPTCY AUCTION OF REAL PROPERTY
10 Mountainview Rd, Upper Saddle River, NJ 07458

Northgate Real Estate Group has been exclusively retained to run the bankruptcy sale of 10 Mountainview Rd, Upper Saddle River, NJ 07458. This vacant, 3-story office building features 193,332 SF on 18.85 acres of land and makes for a great residential redevelopment opportunity; zoning modifications in progress. Located just off route 17 in Upper Saddle River, the office complex is a mere 28 miles from Manhattan. The property offers 600+ feet of frontage on Mountainview Road with 2 independent access roads and 818 parking spaces. Numerous surrounding country clubs, hotels, golf courses, dining and shopping options including: ShopRite, Wegmans, Starbucks, Uncle Giuseppe's, LifeTime Fitness, Panera, and Chick-fil-A.

Opening Bid: $21,800,000

Auction Date: Thursday, August 7th, 2025 at 2:30 PM (ET). Interested bidders must contact Greg Corbin of Northgate Real Estate Group at Gcorbin@northgaterea.com for more information on how to participate in the auction. 11400758





# EMAIL CAMPAIGNS



Northgate Real Estate Group | Email Blast to CORE 39,000 Investors



Northgate Real Estate Group | Email Blast to __121,000__ Real Estate People







**JEWISH PRESS** | The Jewish Press: Email





**nyrej** | New York Real Estate Journal: Hot Property Alert | Email Blast





**IceMiller | Newsletter**

## DISTRESSED INVESTMENT GROUP

# OPPORTUNITIES IN THE DISTRESSED MARKET

| Distressed Entity/Seller Name or Description | Type of Sale | Industry | Assets for Sale | Stalking Horse Bid | Next Bidding Deadline | Auction |
|---|---|---|---|---|---|---|
| 384 South 5th Street, Brooklyn, NY | Bankruptcy Sale | Real Estate | 2,505 SF, 3-story, 2-family property. | n/a | 7/7/2025 at 5:00 p.m. (ET) | 7/9/2025 at 3:30 p.m. (ET) |
| 500 City Island Avenue, Bronx, NY | Bankruptcy Sale | Real Estate | Corner retail building with onsite parking and featuring 268' of frontage. | n/a | n/a | 7/10/2025 at 2:30 p.m. (ET) |
| Flagship Resort Development Corporation | Bankruptcy Sale | Real Estate | Substantially all assets. | n/a | 7/14/2025 at 4:00 p.m. (ET) | 7/16/2025 at 10:00 a.m. (ET) |
| 8001 Fort Hamilton Pkwy., Brooklyn, NY | Bankruptcy Sale | Real Estate | 4-story, 43,000 SF multifamily building, featuring 51 residential units. | n/a | 7/15/2025 at 5:00 p.m. (ET) | 7/16/2025 at 3:30 p.m. (ET) |
| Mosaic Sustainable Finance Corporation | Bankruptcy Sale | Finance | Substantially all assets. | Stalking Horse Bid Deadline: 7/14/2025 at 5:30 p.m. (CT) | 7/21/2025 at 5:00 p.m. (CT) | 6/5/2025 at 8:00 a.m. (CT) |
| Brickell House, Miami, FL | Bankruptcy Sale | Real Estate | Rooftop commercial condo with pool and water views. 460th-floor rooftop space spans approximately 11,721 square feet. | Stalking Horse Opportunity Available | 7/31/2025 (Date subject to Bankruptcy Court approval.) | 8/5/2025 (Date subject to Bankruptcy Court approval.) |
| 10 Mountainview Rd., Upper Saddle River, NJ | Bankruptcy Sale | Real Estate | 3-story, 193,332 SF office complex with a residential redevelopment opportunity. | n/a | n/a | 8/7/2025 at 2:30 p.m. (ET) |
| Beverly Hills Development Site, CA | Bankruptcy Sale | Real Estate | 3.2 acres in the gated community of Bella Vista Estates in Beverly Hills. | n/a | 9/19/2025 | 9/23/2025 |
| Project Lumberjack | Private, Structured Asset Sale | Manufacturing | Hardwood manufacturing company. | n/a | n/a | n/a |



This chart is published by the Miller LLP to inform our clients and friends of important developments in the field of distressed investing. The content is for informational use only and does not constitute legal or professional advice. We encourage you to consult with a member of the Miller's Distressed Investment Group if you have specific questions or concerns relating to this information or related opportunities. Attorney Advertising Material | © 2025 Ice Miller LLP



REAL ESTATE WEBSITES



NORTHGATE
REAL ESTATE GROUP





BREVITAS | Listing







Listing

•• apartmentbuildings.com

Sign Up for News   Advertise   Post Property   Favorite Properties



**Address:** 10 Mountainview Rd, Upper Saddle River, NJ 07458, USA

New York & Tri-State

**Created date:** May 1, 2025                                          **Date last updated:** May 14, 2025

## Property Description

Auction Date: Thursday, August 7th, 2025, at 2:30pm Opening Bid: $21,800,000 Property Snapshot • 3-story, vacant office building off Route 17 in Upper Saddle River in Bergen Country, NJ • 193,332 SF of building area on 18.85 acres of land • 600+ feet of frontage on Mountainview Road • 818 parking spaces • 2 independent entrances, each with a three-story sky lit atrium lobby • Tenants can enjoy numerous surrounding dining and shopping options • Potential redevelopment opportunity as zoning modifications are being undertaken which would pave the way for development • Conveniently located right off of Route 17 & with connectivity to Manhattan in 30 minutes





NORTHGATE
REAL ESTATE GROUP

Listing





# 10 Mountainview Rd, Upper Saddle River, NJ 07458

For Sale

## Overview

BANKRUPTCY SALE

**10 Mountainview Rd,
Upper Saddle River, NJ 07458**

## Description

3 story, 193,333 SF office complex with a residential redevelopment opportunity.

**PROPERTY SNAPSHOT**

- 3-story, vacant office building off Route 17 in Upper Saddle River in Bergen County, NJ
- 193,333 SF of building area on 16.85 acres of land
- 600+ feet of frontage on Mountainview Road
- 518 parking spaces
- 2 independent entrances, each with a three-story sky lit atrium lobby
- Tenants can enjoy numerous surrounding dining and shopping options
- Potential redevelopment opportunity as zoning modifications are being undertaken which would pave the way for development
- Conveniently located right off of Route 17 & with connectivity to Manhattan in 30 minutes

## Auction Details

Opening Bid: $21,800,000

Auction Date: Thursday, August 7th, 2025 at 2:30 PM

R MARKETPLACE | Listing






## Development Site at 10 Mountainview Road in Upper Saddle River



AUCTION





view more »

# Start: $21,800,000 • Aug 7, 2025

◉ 10 Mountainview Road, Upper Saddle River, NJ 07458



the listing    map

### Property Description

BID DEADLINE: TUESDAY, AUGUST 5TH, 2025 at 5:00 PM

AUCTION DATE: THURSDAY, AUGUST 7TH, 2025 at 2:30 PM

OPENING BID: $21,800,000

Property Snapshot

• Residential redevelopment opportunity; zoning modifications in progress

• Currently a 193,332 SF vacant office building on 18.85 acres of land

• Intersection of Route 17 and Mountainview Road in Upper Saddle River, Bergen Country, NJ



**Chaya Milworn**
Senior Director
(212) 359-9939
28 Closed
28 Closed

**Greg Corbin**
President
(212) 419-8101
87 Closed
67 Closed

CONTACT

MAKE OFFER



**WEB TRAFFIC / SEO / KEYWORD SEARCH**

Sample of the **750** Domains that contain keywords of bankruptcy, foreclosure, broker, real estate, UCC, REO, loan sales, notes, banks, CMBS, debt, mortgage, defaults, listings, properties, deals, Article 9, 363, Chapter 11 and 7: ALL POINTING BACK TO **NORTHGATEREG.COM**

| | | | |
|---|---|---|---|
| 363auctions.com | bankruptcyadvisor.info | borrowerdefault.com | chapter11bankruptcies.com |
| 363broker.com | bankruptcy-advisors.com | bronxbankruptcies.com | chapter11broker.com |
| 363brokers.com | bankruptcyandforeclosurelawyer.com | bronxbankruptcybroker.com | chapter11brokerage.com |
| 363realestatebroker.com | bankruptcyandforeclosuresite.com | bronxbankruptcylistings.com | chapter11brokers.com |
| 363realestatebrokers.com | bankruptcyandrestructuring.com | bronxforeclosureauctions.com | chapter11experts.com |
| 363sale.online | bankruptcy-auction.com | bronxforeclosurebroker.com | chapter11realestate.com |
| 363salebroker.com | bankruptcyauction.net | bronxforeclosurebrokers.com | chapter11realestatebroker.com |
| 363sales.info | bankruptcyauctioncompany.com | bronxforeclosurelistings.com | chapter11restructuring.com |
| article11broker.com | bankruptcyauctionnyc.com | bronxmortgageforeclosures.com | chapter11sales.com |
| article9broker.com | bankruptcyauctiononline.com | bronxrealestatebankruptcies.com | chapter11trustees.com |
| article9sales.com | bankruptcy-auctions.info | bronxrealestateforeclosures.com | chapter7auction.com |
| assetsales.info | bankruptcy-broker.com | bronxrealestatewebsite.com | chapter7bankruptcies.com |
| bankliquidated.com | bankruptcybroker.info | brooklynbankruptcies.com | chapter7broker.com |
| bankloanbuyer.com | bankruptcybrokerage.com | brooklynbankruptcybroker.com | chapter7liquidations.com |
| bankloandefault.com | bankruptcybrokernyc.com | brooklynbankruptcylistings.com | chapter7realestate.com |
| bankloanrestructuring.com | bankruptcy-brokers.com | brooklynbankruptcysales.com | chapter7realestatebroker.com |
| bankloanseller.com | bankruptcy-deals.com | brooklynforeclosureauction.com | chapter7sales.com |
| bankloansforsale.com | bankruptcydealsonline.com | brooklynforeclosureauctions.com | chapter7trustees.com |
| bankloanworkout.com | bankruptcyfiduciary.com | brooklynforeclosurebroker.com | chief-restructuringofficer.com |
| bankloanworkouts.com | bankruptcylaw.info | brooklynforeclosurelistings.com | chiefworkoutofficer.com |
| banknoteinvestors.com | bankruptcylawnewyorkcity.com | brooklynforeclosuresite.com | cmbsadvisor.com |
| banknoteliquidator.com | bankruptcy-listings.com | brooklynmortgageforeclosures.com | cmbsdefault.com |
| banknoteliquidators.com | bankruptcylistings.info | brooklynrealestatebankruptcies.com | cmbs-default.com |
| banknoteseller.com | bankruptcylistingsny.com | brooklynrealestateforeclosures.com | cmbsdefaults.com |
| banknotesellers.com | bankruptcylistingsnyc.com | bulkcondopackages.com | cmbs-financing.com |
| bankownedmultifamiles.com | bankruptcylistingsonline.com | bustedcondodeals.com | cmbsforeclosures.com |
| bankownedproperties.nyc | bankruptcymls.com | busteddeals.com | cmbsloanadvisor.com |
| bankpropertyliquidator.com | bankruptcy-mls.com | buybankownedassets.com | cmbsloanadvisors.com |
| bankpropertyliquidators.com | bankruptcyrestructurings.com | buyforeclosures.info | cmbs-loandefault.com |
| bankreobroker.com | bankservicer.com | buymultifamilyproperty.com | cmbsloandefaults.com |
| bankruptcies.info | bankworkoutbroker.com | buynonperformingloan.com | cmbsloannegotiator.com |
| bankruptciesandforeclosures.com | bankworkoutsonline.com | buyrealestateforeclosures.com | cmbsloanpool.com |



Sample of the **750** Domains that contain keywords of bankruptcy, foreclosure, broker, real estate, UCC, REO, loan sales, notes, banks, CMBS, debt, mortgage, defaults, listings, properties, deals, Article 9, 363, Chapter 11 and 7: ALL POINTING BACK TO **NORTHGATEREG.COM**

| | | | |
|---|---|---|---|
| cmbsloanrestructuring.com | crenotesandreos.com | failedcondoprojects.com | manhattanbankruptcybroker.com |
| cmbsloanservicing.com | crenotesellers.com | failedcondos.com | manhattanbankruptcylistings.com |
| cmbsloansrestructuring.com | crenotesforsale.com | foreclosureadvice.info | manhattanbankruptcysales.com |
| cmbsmortgagerestructuring.com | crerestructuring.com | foreclosureauctionnyc.com | manhattanforeclosureauctions.com |
| cmbsnegotiator.com | creshortsalesonline.com | foreclosureauctionservices.com | manhattanforeclosurebroker.com |
| cmbsnotes.com | crespecialservicer.com | foreclosure-broker.com | manhattanforeclosurelistings.com |
| cmbsnotesales.com | dealrestructurings.com | foreclosure-deals.com | manhattanrealestatebankruptcies.com |
| cmbsrestructuring.com | debt-brokers.com | foreclosurelisting.info | manhattanrealestateforeclosures.com |
| cmbs-restructuring.com | defaultedcmbs.com | foreclosurelistingsnyc.com | maturitydefault.com |
| cmbsspecialservicer.com | defaultedcommercialmortgages.com | foreclosurelistingsonline.com | missedamortgagepayment.com |
| cmbsworkouts.com | defaulteddebt.com | foreclosures.solutions | missedapayment.com |
| cmbs-workouts.com | defaulted-loan.com | foreclosuresadvisor.com | mixed-useproperties.com |
| commercialloanservicer.com | defaultedloansales.com | foreclosuresandbankruptcies.com | mortgage-defaults.com |
| commercialrealestatebankruptcies.com | defaulted-mortgages.com | foreclosure-site.com | mortgageforeclosurebroker.com |
| commercialrealestatebankruptcy.com | defaultedrealestateloans.com | foreclosures-newyork.com | mortgageforeclosurelistings.com |
| commercialrealestateforeclosures.com | delinquentloansite.com | foreclosuressite.com | mortgage-foreclosures.com |
| constructionfinancing.info | discountbanknotes.com | investmentsalesbrokers.com | mortgageforeclosures.online |
| courthouseauctions.com | discountbankproperties.com | lender-foreclosures.com | mortgageforeclosures.properties |
| courthousesteps.info | discountedpayoff.com | liquidationtrustee.com | mortgageforeclosuresite.com |
| courtstepsauction.com | distressedassetadvisorygroup.com | loanauctionbroker.com | mortgage-negotiator.com |
| courtstepsauctions.com | distressedassetbrokers.com | loanauctionbrokers.com | newyorkbanknotes.com |
| crebankruptcy.com | distressedassetinvestor.com | loan-default.info | newyorkbankproperties.com |
| crebankruptcyauction.com | distressedassetsite.com | loanmaturitydefault.com | newyorkbankruptcies.com |
| crebankworkouts.com | distressed-cre.com | loan-negotiator.com | newyork-bankruptcies.com |
| credefault.com | distressedmultifamilies.com | loanrestructuring.info | newyorkbankruptcyauctions.com |
| credefaultedloans.com | distressedproperties.online | loanrestructuringbroker.com | newyorkbankruptcybroker.com |
| credefaults.com | distressedpropertiesnyc.com | loanrestructuringexpert.com | newyorkbankruptcylistings.com |
| creforeclosure.com | distressedpropertybrokers.com | loanrestructurings.com | newyorkbankruptcysales.com |
| creforeclosuresite.com | distressedpropertyinvestors.com | loansalebroker.com | newyorkcityforeclosureauctions.com |
| creloanservicing.com | distressedrealestate.info | loan-sales.com | newyorkcityforeclosuresales.com |
| crenotes.com | distressedrealestateonline.com | loansales.info | newyorkcitypropertybrokers.com |
| crenotesales.com | easterndistrictbankruptcy.com | manhattanbankruptcies.com | newyorkdistressedassets.com |



# WEB TRAFFIC / SEO / KEYWORD SEARCH

Sample of the **750** Domains that contain keywords of bankruptcy, foreclosure, broker, real estate, UCC, REO, loan sales, notes, banks, CMBS, debt, mortgage, defaults, listings, properties, deals, Article 9, 363, Chapter 11 and 7: ALL POINTING BACK TO **NORTHGATEREG.COM**

| | | | |
|---|---|---|---|
| newyorkforeclosureauctioneers.com | nyc-foreclosurelistings.com | realestatebankruptcyauction.com | uccforeclosureauctions.com |
| newyorkforeclosurebroker.com | nyc-foreclosures.com | realestatebankruptcybroker.com | uccforeclosurebroker.com |
| newyorkforeclosurelistings.com | nycforeclosures.info | realestatebankruptcylawyers.com | uccforeclosureexpert.com |
| newyork-foreclosures.com | nycforeclosuresales.com | realestatechapter11.com | uccforeclosures.com |
| newyorkforeclosuresales.com | nycmortgageforeclosures.com | realestateforeclosurebroker.com | uccforeclosuresale.com |
| newyorkloansales.com | nycrealestatebankruptcies.com | realestateforeclosurelistings.com | uccrealestate.com |
| newyorkpropertyauction.com | nycrealestateforeclosures.com | realestateinsolvency.com | uccrealestateauctions.com |
| newyorkpropertyauctioneer.com | nyrealestatebankruptcies.com | realestateloanrestructuring.com | underwaterloans.info |
| newyorkrealestatebankruptcies.com | nyrealestateforeclosures.com | realestaterestructuring.com | workoutadvisors.net |
| newyorkrealestatebankruptcy.com | nysbankruptcylistings.com | realestatespecialservicers.com | workoutbrokers.com |
| newyorkrealestateforeclosures.com | nysforeclosurelistings.com | realestateworkouts.com | workout-brokers.com |
| nonperformingloansite.com | planofreorganization.com | realpropertyforeclosures.com | workout-specialist.com |
| note-brokers.com | propertybankruptcies.com | receiverauctions.com | |
| notedefault.com | queenrealestatebankruptcies.com | referee-auction.com | |
| note-default.com | queensbankruptcies.com | refereeauctions.com | |
| noterestructuring.com | queensbankruptcybroker.com | refereeforeclosureauctions.com | |
| noterestructuringbroker.com | queensbankruptcylistings.com | refereesales.com | |
| notesalebroker.com | queensbankruptcysales.com | reoproperties.info | |
| notesfrombanks.com | queensforeclosureauction.com | restructuringbroker.com | |
| nplsite.com | queensforeclosurebroker.com | restructuringprofessional.com | |
| nybankruptcyauctions.com | queensforeclosuredeals.com | stalledcondos.com | |
| nybankruptcybroker.com | queensforeclosurelistings.com | stalledconstruction.com | |
| nybankruptcylistings.com | queens-foreclosures.com | thebankruptcybrokers.com | |
| nyc-auctions.com | queensforeclosuresales.com | theforeclosurebrokers.com | |
| nycbankruptcies.com | queensforeclosuresauctions.com | theloansaleadvisors.com | |
| nycbankruptcyauctions.com | queensrealestatebankruptcy.com | thenotebrokers.com | |
| nycbankruptcybroker.com | queensrealestateforeclosures.com | trustee-sale.com | |
| nycbankruptcylistings.com | queensrealestatewebsite.com | turnaroundbroker.com | |
| nycdefaultedloans.com | realestatebankruptcies.com | ucc-auction.com | |
| nycforeclosureauctions.com | realestate-bankruptcy.com | uccauctions.com | |
| nycforeclosurebroker.com | realestatebankruptcy.info | uccforeclosure.com | |
| nycforeclosurelistings.com | realestatebankruptcyandforeclosure.com | ucc-foreclosure.com | |



SOCIAL MEDIA





**Northgate Real Estate Group** @Northgatereg · 1s

Bankruptcy Auction
10 Mountainview Road, Upper Saddle, NJ
RESIDENTIAL REDEVELOPMENT OPPORTUNITY
3-Stories | 193,332 SF
Auction Date: Thursday, August 7th at 2:30 PM
Opening Bid: $21,800,000
Contact: Team@northgatereg.com #realestate #bankruptcy #Building

**BANKRUPTCY SALE**
10 MOUNTAINVIEW RD, UPPER SADDLE RIVER, NJ

**RESIDENTIAL REDEVELOPMENT OPPORTUNITY**
3-Stories | 193,332 SF
Prime Upper Saddle River, NJ

NORTHGATE
REAL ESTATE GROUP



Posts





Northgate Real Estate Group
328 followers
now • ⊕

Bankruptcy Auction
10 Mountainview Road, Upper Saddle, NJ
RESIDENTIAL REDEVELOPMENT OPPORTUNITY
3-Stories | 193,332 SF
Prime Upper Saddle River, NJ
Auction Date: Thursday, August 7th at 2:30 PM
Opening Bid: $21,800,000
For more information, contact: Team@northgatereg.com

**BANKRUPTCY SALE**
10 MOUNTAINVIEW RD, UPPER SADDLE RIVER, NJ

**RESIDENTIAL REDEVELOPMENT OPPORTUNITY**
**3-Stories | 193,332 SF**
**Prime Upper Saddle River, NJ**

Offering Memorandum | 38 Page OM (Sample Pages)



# BANKRUPTCY SALE
10 MOUNTAINVIEW RD, UPPER SADDLE RIVER, NJ



**RESIDENTIAL REDEVELOPMENT OPPORTUNITY**
3-Stories | 193,332 SF
Prime Upper Saddle River, NJ

## FOR MORE INFORMATION, PLEASE CONTACT
### NORTHGATE REAL ESTATE GROUP


**Greg Corbin**
President


**Chaya Milworn**
Executive Managing Director


**Felix Ades**
Managing Director


**Shaun Rose**
Senior Director


**Mickey Salzman**
VP, Business Development


**Jonathan Janashvili**
Director


**Charles Cohen**
Analyst


**Tom Rosinski**
Marketing Director



**NORTHGATE**
REAL ESTATE GROUP

Disclaimer: This is a confidential brochure (the "Brochure") intended solely for your limited use and benefit in determining whether you desire to express any further interest in the proposed sale of 10 Mountainview Road, Upper Saddle River, NJ 07458 (the "Property"). The information contained herein, including any pro forma income and expense information (collectively, the "Information") is based upon assumption and projections and has been compiled or modeled from sources we consider reliable and is based on the best available information at the time the brochure was issued. However, the Information is subject to change and is not guaranteed as to completeness or accuracy. While we have no reason to believe that the Information set forth in this brochure, underwriting, cash flows, valuation and other financial information (or any information that is subsequently provided or made available to you) contains any material inaccuracies, no representations or warranties, express or implied, are made with respect to the accuracy or completeness of the Information. Independent estimates of pro forma income and expenses should be developed before any decision is made on whether to invest in the property. Summaries of any documents are not intended to be comprehensive or all-inclusive, but rather only outline some of the provisions contained therein and are qualified in their entirety by the actual document to which they relate. You understand that the Information is confidential and is furnished solely for the purpose of your review in connection with a potential investment in the property. You further understand that the Information is not to be used for any other purpose or made available to any other person without the express written consent of Northgate Real Estate Group. This offering is subject to prior placement and withdrawal, cancellation or modification without notice.

# Offering Memorandum | 38 Page OM (sample pages)



**TAX MAP**     **ZONING MAP**



## PROPERTY SNAPSHOT

- Residential redevelopment opportunity; zoning modifications in progress
- Currently a 193,332 SF vacant office building on 18.85 acres of land
- Intersection of Route 17 and Mountainview Road in Upper Saddle River, Bergen County, NJ
- 28 miles from Manhattan
- 800+ feet of frontage on Mountainview Road with 2 independent access roads
- 878 parking spaces
- Numerous surrounding country clubs, hotels, golf courses, dining and shopping options including Shoprite, Wegmans, Starbucks, Uncle Giuseppe's, LifeTime Fitness, Panera, and Chick-fil-A

### PROPERTY OVERVIEW

| | |
|---|---|
| Type | Office Building |
| Address | 10 Mountainview Road, Upper Saddle River, NJ |
| Block-Lot | 1903 / 1 |
| Stories | 3 |
| Year Built | 1986 |
| Lot Size | 18.85 acres (821,156 SF) |
| Building SF | 193,332 SF |
| FAR | 0.24 |
| Zoning | IP (Industrial Park) |

BID DEADLINE: TUESDAY, AUGUST 5TH, 2025 at 5:00 PM
AUCTION DATE: THURSDAY, AUGUST 7TH, 2025 at 2:30 PM
OPENING BID: $25,800,000
Sale Subject to Bankruptcy Court Approval



**SITE PLAN**





# Offering Memorandum | 38 Page OM (sample pages)









| First Name | Last Name | Title | Company | Office Ph | D | Mobile Pho | Primary E-mai |
|---|---|---|---|---|---|---|---|
| Aaron | Marcus | | Lexin Capital | | | (212) 750-3500 | |
| Aaron | Segal | Vice President | M Melnick & Co | (718) 292-6 | . | | aaron@mmelr |
| Abraham | Esses | | Optimum Properties | (212) 980-1 | (646) 450-2 | ae@optimum |
| Abraham | Rabadi | | | | | (914) 403-7 | aberabadi4@g |
| Achille | Raspantini | Founder | Tech Ops | (212) 465-1 | . | | a.raspantini@t |
| Adam | Ecker | CEO | Davada Property Group | | | (914) 512-0 | adam@davad |
| Adam | Geller | | Geller Associates | (973) 971-0 | (917) 226-2 | adamgeller1@ |
| Adam | Kessner | Principal | KS Equities | (212) 289 | (; (917) 662-0( | adamkessner@ |
| Adam | Stein | Senior Vice President | WinnCompanies | (617) 239-4 | . | | astein@winnc |
| Aharon | Watson | Acquisitions | Audubon Partners | | | (917) 498-5 | watson@audu |
| Al | Bokhour | President | Bokhour Developers | (516) 882-2 | (516) 850-0 | al@bokhourde |
| Al | Gindi | Acquisitions | ASG Equities | (212) 235-6 | (917) 921-2 | alrgindi@asge |
| Alan | Jamnik | | | (516) 308-1 | . | | alan@ajamk.c |
| Alan | Wasserman | Founder | Wasserman Management | (914) 637-6 | (914) 400-7 | aw@swmanag |
| Alec | Brackenridge | EVP, Investments | Equity Residential | (617) 648-2 | (617) 312-6 | abrackenridge |
| Alessandro | Bonati | Partner | Colonnade Group | (917) 283-0 | . | | alessandro@e |
| Alex | Goldstein | CEO | Samson Management | (718) 830-0 | . | | alex@samson |
| Alex | Mehmataj | | | | | (646) 879-2 | cabinetsexpres |
| Alexander | Muravsky | Acquisitions Associat | Kimco Realty Corporation | (516) 869-9 | . | | amuravsky@ki |
| Alexander | Scharf | | Esplanade Partners | (212) 874-5 | (917) 921-2( | ali545@aol.co |
| Alexander | Spivak | CEO & Founder | Stagg Development | (347) 538-7 | . | | commercialac |
| Alexander | Szikla | Acquisitions Associat | Newcastle Realty Services | (646) 472-7 | . | | alex@newcast |
| Allan | Kleban | Vice President of Bus | KBE Building Corporation | (860) 284-7 | (443) 812-6 | akleban@kbel |
| Allen | Handelman | VP of Development | Conifer | (585) 324-0 | (585) 943-3 | ahandelman@ |
| Allen | Stein | | Sprain Brook Manor Rehab | (914) 472-3 | (917) 337-0 | stein1120@gn |
| Alphonse | Lembo | Director of Pre-Const | Monadnock Development | (718) 875-8 | . | | alembo@mon |
| Amer | Ebrahim | Transactions Manage | Namdar Realty Group | (516) 773-0 | . | | amer@namda |
| Andrew | Carbonara | Acquisitions | Welllife Network | (718) 559-0 | . | | andrew.carbor |
| Andrew | Ehinger | Acquisitions Associat | Storage Deluxe | | | | aehinger@stor |
| Andrew | Goldberg | Vice Chairman Advisc | CBRE | (212) 984-8 | . | | andrew.goldbe |
| Andrew | Landesman | | ADL Properties | (917) 455-8 | (646) 723-2 | alandesman@ |
| Angelo | Tamo | | | | | (917) 841-7 | newerafundin |

Northgate Real Estate Group | 143 Real Estate & Bankruptcy Attorneys

| First | Last | Title | Company | Phone # | EMAIL | Address 1 | City | Sta | Postal |
|---|---|---|---|---|---|---|---|---|---|
| Joseph | Aaker | Shareholder | Polsinelli PC | (81 000 | jaaker....com | 900 ...Pla | Kansas City | MO | 64112 |
| Seth Van | Aalten | Member | Cole Schotz P.C. | (64 926 | svana...schotz.com | 132... of th | New York | NY | 10019 |
| Nick | Abbattista | Associate | White & Case LLP | (78 373 | nick.ab...hitecase.com | 200 ...ne | Miami | FL | 33131 |
| Crystal | Abbey | Associate | Godfrey & Kahn, S.C. | (92 692 | cabbe...m | 238 ...oint | Green Bay | WI | 54302 |
| Derek | Abbott | Partner | Morris Nichols Arsht & Tunnell L | 302 57 | dabbo...chols.com | 120 ...arke | Wilmington | DE | 19899-13 |
| Jason | Abel | Partner | Steptoe LLP | (20 297 | jabel@...n | 133... icut | Washington | DC | 20036 |
| Jonathan | Aberman | Partner | Locke Lord LLP | (31 245 | jon.ab...kelord.com | 111 ...cker | Chicago | IL | 60606 |
| Elizabeth | Aboulafia | Partner | Cullen and Dykman LLP | (51 124 | Eabou...nllp.com | 100 ...toos | Garden City | NY | 11530 |
| Aleksandra | Abramova | Associate | Hahn & Hessen LLP | (21 249 | aabra...hessen.com | 488 ...Ave | New York | NY | 10022 |
| Chelsea | Abramowitz | Associate | Ice Miller LLP | (21 954 | chelse...tz@icemiller.c | 150... y Fl | New York | NY | 10036 |
| Robert | Abrams | Executive Partner | Abrams Fensterman | (51 300 | babran...slaw.com | 488 ...Ave | New York | NY | 11042 |
| Robert | Abrams | Partner | Katsky Korins LLP | (21 237 | rabran...orins.com | 605 ...nue | New York | NY | 10158 |
| Kuldeepak | Acharya | Partner | Anchin, Block & Anchin LLP | (21 456 | kuldee...a@anchin.com | 137... y | New York | NY | 10018 |
| John | Acierno | Shareholder | Polsinelli PC | 305 60 | jaciern...i.com | 315 ...ne E | Miami | FL | 33131 |
| Benjamin | Ackerly | Senior Counsel | Hunton Andrews Kurth LLP | (80 479 | backer...emeritus.com | 230... rsha | Richmond | VA | 23223 |
| Stephanie | Ackerman | Associate | Baker & Hostetler LLP | (21 851 | sacker...rlaw.com | 45 F...Pla | New York | NY | 10111 |
| Neil | Ackerman | Of Counsel | Pryor & Mandelup, LLP | (51 999 | na@pr...up.com | 675 ...try F | Westbury | NY | 11570 |
| Lesley | Adamo | Partner | Lowenstein Sandler LLP | (64 974 | ladam...ein.com | 125 ...of th | New York | NY | 10020 |
| Jason Reid | Adams | Partner | Kelley Drye & Warren LLP | (21 056 | jadam...ye.com | 3 W...Cei | New York | NY | 10007 |
| Blaine | Adams | Associate | McDermott Will & Emery LLP | (21 376 | badam...m | One ...t Av | New York | NY | 10017-38 |
| Jonathan | Adelsberg | Partner | Herrick Feinstein LLP | (21 423 | jadelsb...k.com | Two ...nue | New York, | NY | 10016 |
| Heather | Adkerson | Partner | Mayer Brown LLP | 312 06 | hadke...rbrown.com | 71 S...ker | Chicago | IL | 60606 |
| Steven | Adler | Associate | Bayard, P.A. | (30 274 | sadler...v.com | 600 ...t Ste | Wilmington | DE | 19899 |
| Jonathan | Adler | Partner | Debevoise & Plimpton LLP | | jadler@...com | 66 H...ule | New York | NY | 10001 |
| Arielle | Adler | Associate | Lowenstein Sandler LLP | (97 436 | aadler...n.com | One ...ein D | Roseland | NJ | 07068 |
| David | Adler | Partner | McCarter & English, LLP | (21 347 | dadler...com | Wor...za, | New York | NY | 10019 |
| Arthur | Adler | Partner | Sullivan & Cromwell LLP | 212 60 | adlera...com | 125 ...eet | New York | NY | 10004-24 |
| Jacob | Adlerstein | Partner | Paul Weiss Rifkind Wharton & Ga | (21 142 | jadlers...eiss.com | 128... of th | New York | NY | 10019-60 |
| Nicholas | Adzima | Associate | Kirkland & Ellis LLP | (21 409 | nichola...kirkland.com | 601 ...Ave | New York | NY | 10022 |
| Valentin | Aguilar | Partner | Venable LLP | 310 33 | vaguila...com | 204... Parl | Los Angele | CA | 90067 |
| Rafael | Aguilar | Partner | Winston & Strawn LLP | 305 25 | raguila...com | 200 ...cayi | Miami | FL | 33131 |
| Alexandra | Aguirre | Partner | Morrison & Foerster LLP | (21 323 | aaguir...m | 250 ...Str | New York | NY | 10019-96 |
| Farah | Ahmed | Shareholder | Greenberg Traurig LLP | 212 93 | Farah....aw.com | One ...t Av | New York | NY | 10017 |
| Kathleen | Aiello | Partner | Klestadt Winters Jureller Southa | (21 000 | kaiello...om | 200 ...Str | New York | NY | 10036 |
| Jacqueline | Aiello | Associate | Stradley Ronon Stevens & Young | (21 139 | jaiello...om | 100 ...nue | New York | NY | 10017 |
| Erica | Aisner | Partner | Kirby Aisner & Curley LLP | (91 500 | easne...om | 700 ...d, S | Scarsdale | NY | 10583 |
| Marianne | Ajemian | Chair - Real Estate | Nutter McClennen & Fish LLP | (61 391 | majem...com | 155 ...lvd | Boston | MA | 02210 |









































# INVESTOR DEMAND



# Investor Demand | Sample of unique interest/email requests for 10 Mountainview Road

| | | |
|---|---|---|
| **Colleen Morrissey** 10 Mountainview Road Upper Saddle R... Hi Chaya, Hope you're well. Could you — 3/3/2025 | **Eddie Dean** Re: Long time..... Eddie Dean Eddie@degpresents.com — ↩ 3/26/2025 | **Sami Abunasra** RE: Tier 2 DD access requested for your ... Hi Chaya, Thank you for providing the — → 5/5/2025 |
| **Sol Strulovic** 10 Mountain View Rd USR NJ Hi Chaya, I am checking in on 10 — ↩ 2/25/2025 | **Benjamin Spiritos** Re: 10 Mountainview Rd How does 10:30 or 11 this morning look — ↩ 3/25/2025 | **Brett Silverman** Re: 10 Mountainview Was the stalking horse contract — 5/5/2025 |
| **Jonathan Rozenberg** Upper Saddle River Hi Chaya - We're interested in the office — 2/24/2025 | **Adam Tannenbaum** Upper Saddle River - 10 Mountainview ... Hi Chaya, It was a pleasure speaking — ↩ 3/19/2025 | **CJ Huter** 10 Mountainview Rd, Upper Saddle Riv... Greg, Good afternoon. Please let me — ✓ 5/5/2025 |
| **Alex Mouzakitis** Re: 10 Mountainview Is this going to be an auction? — ✓ 2/20/2025 | **Adam Tannenbaum** 10 Mountainview Rd bankruptcy sale Hi Greg, What is the ask here? Anything — ↩✓ 3/18/2025 | **Stephen Matri** Re: 10 Mountainview Road Hi Greg- Following up on this? Stephen — ↩✓ 5/5/2025 |
| **Stephen Sullivan** Re: As is where is? Sent from my iPhone — ↩✓ 2/12/2025 | **Sol Strulovic** Re: 10 Mountain View Rd USR NJ Hi Chaya, Any updates here? Best — ↩ 3/12/2025 | **notifications@xchange.loans** Tier 2 DD access requested for your ass... A new interest in your asset! — ↩ 5/4/2025 |
| **Gavin Holzer** Re: 10 Mountainview Rd, Upper Saddle ... Ok, thanks for the update. — 2/11/2025 | **Max Dooley** Re: Eastman Residential Thanks for sending. What is the — → 3/11/2025 | **Marc Palestina** 10 Mountainview Rd Upper Saddle River Hi Greg, Hope all is well. We have a — ↩ 5/2/2025 |
| **Gavin Holzer** 10 Mountainview Rd, Upper Saddle Riv... Hi, What is pricing guidance for the — ↩ 2/11/2025 | **Joe Mastromonaco** 10 Moutainview Greg & Chaya, I have a very established — ↩ 3/11/2025 | **notifications@xchange.loans** CA has been executed for your asset Of... A new interest in your asset! — 5/1/2025 |
| **Abraham Lowy** Fwd: Borough of Upper Saddle River R... ———— Forwarded message ———— — 📎↩✓ 2/11/2025 | **Joe Forgione** Re: First Look: Residential Development... Chaya: please include Angela. Thank you — → 3/10/2025 | **Joe Mastromonaco** Re: 10 Mountainview Road Upper Sadd... Greg, Please find the attached offer to — 📎↩✓ 4/25/2025 |
| **Lee E. Buchwald** Viewstar: potential bidders Attached are some indications of — 📎 2/4/2025 | **Joe Forgione** Re: First Look: Residential Development... Thank you, I will review the OM when — 3/7/2025 | **arnon .** 10 Mountainview Rd, Upper Saddle Riv... Hey Chaya, Good talking to you. Please — ↩ 4/24/2025 |
| **Ben Cherenfant** Re: 10 Mountainview Rd, Upper Saddle Thanks - we have info on it. Do you — 2/4/2025 | **Jonathan Rozenberg** Upper Saddle River Chaya – I know we spoke about this a — → 3/5/2025 | **Benjamin Spiritos** RE: 10 Mountainview Rd Hi Chaya – Hope all is well. Do you have — ↩ 4/9/2025 |
| **Ben Blumenthal** 10 mountainview Hi Greg  Can you send me details when — ↩✓ 1/30/2025 | **Harry Spira** Re: Please send 10 Mountainview Hi Chaya  Any update with 10 — 3/4/2025 | **Joel Bergstein** Re: (EXT)RE: 10 Mountainview Thank you. Please cc Lance  Joel — 3/28/2025 |

# Investor Demand | Sample of unique investor email requests for 10 Mountainview Road (Cont.)

---

**Alec DeMattheis** ✓
10 Mountain View Road Upper Saddle ...    5/22/2025
Greg: Nice speaking with you earlier. If

**Greg Kanter** ↩✓
RE: 10 Mountainview Rd., Uppers Saddl...    5/22/2025
Hi, Just following up to see if you can

**Guido Subotovsky** 📎
Upper Saddle River    5/21/2025
Greg Long time, hope you're well. I

**Jesse Tepedino** ↩
10 Mountainview Road, USR Auction Sale    5/21/2025
Good morning, Greg and Chaya. Our

**Greg Kanter** ↩
RE: 10 Mountainview Rd., Uppers Saddl...    5/20/2025
Thanks Greg. For some reason the file

**Davis Mullins** ✓
RE: 10 Mountainview Rd Inquiry    5/19/2025
Chaya, Do you have any information

**Slava Zborovsky** ↩✓
Re: 10 Mountainview Road Upper Sadd...    5/19/2025
Hi Greg, Thanks for the update. Can you

**Slava Zborovsky**
10 Mountainview Road Upper Saddle R...    5/19/2025
Hi Greg, Slava Zborovsky here, broker

**John Mannix** ↩✓
Re: Residential Redevelopment of 193,0...    5/16/2025
$23m. John M.

**Steven Ancona** ↩
RE: Residential Redevelopment of 193,0...    5/15/2025
Is there additional information available

**Jack Morris** ↩
Re: Residential Redevelopment of 193,0...    5/15/2025
I would like to talk to you about this

**Alberto Smeke** ↩
Please send more info on the bankrupt...    6/25/2025
Alberto Smeke Managing Partner CSC

**Shmilu Katz** ↩
Please send more info on the bankrupt...    6/25/2025
Hi... Is it rezone for a hotel? <end>

**Troiano, Judy (Avison Young - ...** ✓
RE: 10 Mountainview Rd, USR    6/23/2025
Hi Greg, Despite my taking days to

**frank.zisa@icloud.com** ↩✓
10 Mountainview Road - Upper Saddle ...    6/23/2025
Greg, Following up on our quick call. I

**LeHane Robert L.** ✓
10 Mountainview Road Upper Saddle R...    6/5/2025
Thank you, Chaya. Nice speaking with

**Curt Casteel** ↩
RE: Residential Redevelopment of 193,0...    6/4/2025
Hi Greg & Chaya, I hope you're both

**Guido Subotovsky** ↩
Re: Upper Saddle River    5/29/2025
Hey- following up on the below. Free to

**Nick Buckner** ✓
10 Mountainview (Upper Saddle River, ...    5/28/2025
Good afternoon Greg, I handle land

**Nick Buckner** →
10 Mountainview (Upper Saddle River, ...    5/28/2025
Good afternoon Greg, I handle land

**Jesse Tepedino** ✓
Re: 10 Mountainview Road, USR Audio...    5/23/2025
Thank you, Chaya. Have a nice weekend

**Jesse Tepedino**
RE: 10 Mountainview Road, USR Audio...    5/23/2025
Excellent – looking forward to it. Jesse

**Alexander Doctoroff** ↩
LoopNet Lead for Office Park / Redevel...    7/19/2025
New Lead

**notifications@xchange.loans** ↩
CA has been executed for your asset Of...    7/11/2025
A new interest in your asset!

**Patrick Milner** ↩
Re: 10 Mountain View Road Upper Sad...    7/8/2025
Thank you. Is there a data room

**Patrick Milner** ↩
10 Mountain View Road Upper Saddle ...    7/8/2025
Hi Greg, Thanks for taking the call.

**Itchie Gross** ↩
Re: Upper Saddle River    7/3/2025
Itchie Gross Kinder Fresh Investments

**Rochelle Dimont** ↩
Bankruptcy Residential Redevelopment ...    7/1/2025
Rochelle Dimont <end>

**Templin, Scott** 📎→
10 Mountainview Road    7/1/2025
Hi Greg and Chaya – My name is Scott

**David Marom** ↩
Please send more info on the bankrupt...    6/25/2025
Please send more info on the bankruptcy

**Bernie Bauer** ↩
Please send more info on the bankrupt...    6/25/2025

**Moshe Sander** ↩
10 mountain view    6/25/2025
Please send info Thanks Moshe <end>

**Elya Kahn** ↩
Please send more info on the bankrupt...    6/25/2025
get me the details I might have a client



Sample Inquiries

| Buyer Name | Buyer Name | Buyer Name | Buyer Name |
| --- | --- | --- | --- |
| Andre Cuadrado | Jeet Jogani | VM Equities | James Ihssen |
| John Frantzis | Jane Tuning | Bojan Jankulovski | Michael Jimenez |
| Peter Marsh | Thomas Baldwin | Akely Byfield | Shaun Novinbak... |
| Robert Eisenberg | Michael DiSimone | David Newby | Jackie Nyaoro |
| George Stone | marc schuster | Joseph Saghian | Gary Ickowicz |
| SANDLAKEFL@BE... | Sidhartha Singh | Sandy Martin | Gavin Holzer |
| marc schuster | Rao Kanikicharla | Eugene Fedotov | John Ahern |
| Hertzl Moezinia | Matt McCann | Greg Corbin | Eric Cramer |
| Tommy Chen | Gavin Holzer | Germain Villene... | Ven BALUMURI |
| Sidhartha Singh | John Ahern | Jason Thrower | Sam Kashi |
| Philip Justiss | Mitchell Ditman | Kevin Juma | Gregory Van Cle... |
| Guang Zhao | | Methodios Valli... | Mitchell Ditman |

| ⓘ | Name |
|---|---|
| ✈ | AB A B |
| ✈ | AB alan boutehsaz |
| ✈ | AM Ammar mohamed |
| ✈ | AC Andy Camacho |
| ✈ | AR Angelo Radoncic |
| ✈ | Ben Thypin |
| ✈ | BY Ben Yam |
| ✈ | BR Bijan Rosen |
| ✈ | BE Bryan Ellis |
| ✈ | Carlos Bravo |
| ✈ | C Christopher DeVin... |
| ✈ | David Shapiro |
| ✈ | DR David Rodas |





# For Further Information Please Contact:



## NORTHGATE
### REAL ESTATE GROUP



**Greg Corbin**
President
Direct: 212.369.1800
Cell: 917.406.0406
Greg@northgatereg.com



**Chaya Milworn**
**Managing Director**
Direct: 212.419.8103
Cell: 917.804.7458
Chaya@northgatereg.com



**Felix Ades**
Senior Director
Direct: 212.419.8104
Cell: 732.996.1635
Felix@northgatereg.com



**Shaun Rose**
Senior Director
Direct: 212.419.8105
Cell: 917.523.7656
Shaun@northgatereg.com



**Mickey Salzman**
VP, Business Development
Direct: 212.419.8108
Cell: 212.603.9549
Mickey@northgatereg.com



**Jonathan Janashvili**
Director
Direct: 212.419.8107
Cell: 516.776.1997
Jonathan@northgatereg.com



**Tom Rosinski**
Marketing Director
Direct: 212.419.8106
Cell: 646.284.5397
Tom@northgatereg.com



**Tamar Spraragen**
Associate
Direct: 212.419.8109
Cell: 646.385.6429
Tamar@northgatereg.com

**Northgate Real Estate Group**
1633 Broadway, 46th Floor
New York, NY 10019
212.369.4000 | www.northgatereg.com | team@northgatereg.com