Presentment Date: **August 28, 2025 at noon**
Objection Deadline: **August 28, 2025 at noon**

RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel:  212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : |
| | :  Chapter 11 |
| VIEWSTAR LLC, | : |
| | : Case No.: 24-22716 (SHL) |
| Debtor. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PRESENTMENT OF POST**
**CONFIRMATION ORDER PURSUANT TO LOCAL RULE 3021-1**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed *Post Confirmation Order Pursuant to Local Rule 3020-1* (the "Post Confirmation Order") to the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, for signature on August 28, 2025 at 12:00 noon (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Post Confirmation Order must be in writing and filed with the Bankruptcy Court in accordance with the Local Rules, and served upon undersigned counsel for the Debtor and upon the United States Trustee, so as to be received no later than the Presentment Date. If no objections are timely filed and served, the Post Confirmation Order may be signed by the Bankruptcy Court without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if objections are timely filed a hearing may

be scheduled before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York.  If a hearing is scheduled the moving party will be obligated to notify all other parties entitled to receive notice of the hearing date and time.  The moving and objecting parties are required to attend the hearing, and failure to attend may result may result in relief being granted or denied upon default.

Dated: New York, New York
August 14, 2025

                                              RUBIN LLC

                                              By:   */s/ Paul A. Rubin*
                                                        Paul A. Rubin
                                                        Hanh V. Huynh
                                            11 Broadway, Suite 715
                                            New York, New York 10004
                                            Tel: 212.390.8054
                                            prubin@rubinlawllc.com
                                            hhuynh@rubinlawllc.com

                                            *Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                              :
                                                    :   Chapter 11
VIEWSTAR LLC,                                       :
                                                    :   Case No.: 24-22716 (SHL)
      Debtor.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### POST CONFIRMATION ORDER PURSUANT TO LOCAL RULE 3021-1

  WHEREAS, on August 14, 2025, the Court entered the *Order (I) Approving the Disclosure Statement on a Final Basis, and (II) Confirming Joint Plan of Reorganization for Viewstar LLC* (the "Confirmation Order") [ECF No.  ], which confirmed the *Joint Plan of Reorganization for Viewstar LLC* dated July 3, 2025 (as may be amended, supplemented and/or modified, the "Plan") [ECF No. 103] proposed by Viewstar LLC (the "Debtor") and RREF IV-D SN Portfolio LLC (the "Senior Mortgagee," and together with the Debtor the "Plan Proponents," and each a "Plan Proponent");[1] and

  WHEREAS, pursuant to Local Bankruptcy Rule 3021-1, unless the Court orders otherwise, it is the responsibility of the plan proponent or other responsible person to submit a proposed order that shall inform the Court of the proposed timetable for steps towards (i) consummation of the Plan under section 1101(2) of title 11 of the United States Code (the "Bankruptcy Code"), (ii) entry of a final decree under Rule 3022 of the Federal Rules of Bankruptcy Procedure, and (iii) case closing under section 350 of the Bankruptcy Code.

  IT IS THEREFORE ORDERED THAT:

  1.  Responsible Persons.  On the Effective Date through the conclusion of these chapter 11 cases, (a) Lee E. Buchwald (the Debtor's Restructuring Officer and the Disbursing

---

[1] Capitalized terms not defined in this order shall have the meaning ascribed to them in the Confirmation Order and Plan.

Agent under the Plan) shall be the responsible person for the Debtor, and shall be responsible for safeguarding and accounting for the proceeds of all recoveries on behalf of the Debtor's estate that may be held on behalf of the Debtor's estate in the debtor-in-possession account.

2. <u>Periodic Status Reports</u>. Subject to the requirements set forth in section 1106(a)(7) of the Bankruptcy Code and except as the Court orders otherwise, the Reorganized Debtor shall file, within 90 days from entry of this order, a status report regarding the actions taken by the Reorganized Debtor in furtherance of the consummation of the Plan. Thereafter, status reports shall be filed every six months, in accordance with the provisions of Local Bankruptcy Rule 3021-1(b), until a final decree has been entered closing the Chapter 11 Case.

3. <u>Plan Distributions</u>. Plan distributions shall be made by the Disbursing Agent in accordance with the Plan.

4. <u>Objections to Claims</u>. Any objections to Claims (other than Administrative Expense Claims) shall be served and filed (a) on or before the 60th day following the later of (i) the Effective Date and (ii) the date that a proof of claim is filed or amended or a Claim is otherwise asserted or amended in writing by or on behalf of a holder of such Claim, or (b) such later date as ordered by the Court upon motion filed by the Reorganized Debtor. Objections to Administrative Expense Claims shall be filed and served on the requesting party no later than 60 days after the Effective Date.

5. <u>Closing Report and Final Decree</u>. No later than 30 days following the disbursement of all distributions under the Plan, the Reorganized Debtor shall file a closing report in accordance with Local Bankruptcy Rule 3022-1 and an application for a final decree. If the Reorganized Debtor fails to comply with this order, the Clerk shall so advise the Court and an order to show cause may be issued.

6. <u>Reservation of Rights</u>. Entry of this order is solely in satisfaction of the Reorganized Debtor's obligations under Local Bankruptcy Rule 3021-1(a), and shall be without prejudice to the Reorganized Debtor's and the Disbursing Agent's ability to take any and all actions authorized under the Plan and the Confirmation Order.

Dated:   New York, New York
               _____, 2025

                                                  _____
                                                  UNITED STATES BANKRUPTCY JUDGE